PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charlene Ffriend                                              Cr.: 2:06cr00859

Name of Sentencing Judicial Officer: The Honorable Anthony A. Alaimo, U.S.D.J.
Name of New Judicial Officer: The Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 03/07/05

Original Offense: 21 U.S.C. § 846 - Conspiracy to Manufacture, Possess with Intent to Distribute and to Distribute N-Benzylpiperazine

Original Sentence: 13 months imprisonment 3 years supervised release full financial disclosure, 200 hours of community service, drug/alcohol testing, and pay a $10,000 fine

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/03/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 45 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

The offender has been negligent in her monthly payments toward her financial obligations. She has reported making payments to the Clerk of Courts in the Southern District of Georgia, but the payments have never been received. She has recently submitted two payments to the undersigned and her outstanding fine balance is $8,575. In addition, the offender has admitted to leaving the District of New Jersey without permission. The offender was granted permission to travel to New York for work purposes only, but has traveled to New York and Connecticut for purposes not associated with her employment.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 05/13/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-15-09
Date