PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Charlene Friend  **Docket Number:** 06-00859-001
  **PACTS Number:** 45366

**Name of Sentencing Judicial Officer:** The Honorable Anthony A. Aliamo, U.S.D.J., SD/GA
**Name of New Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 03/07/2005
**Date of Violation of Supervised Release Sentence:** 10/16/2008

**Original Offense:** Conspiracy to Manufacture, Possess With Intent to Distribute and to Distribute N-Benzylpiperane, 21 U.S.C. § 846
**Violation of Supervised Release:**   Count 1: Left the District Without Permission
  Count 2: Failure to Answer Inquiries or Follow Instructions

**Original Sentence:** 13 months imprisonment; 3 years supervised release.
**Violation of Supervised Release Sentence:** 30 days imprisonment; 1 year supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/23/08

**Assistant U.S. Attorney:** Michael Robertson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Brian Neary, 21 Main Street, Hackensack, New Jersey 07601, (201) 488-0544

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C - Page 2
Charlene Ffriend

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**Within 72 hours of release from the Bureau of Prisons, the offender shall report in person to the Probation Office in the district to which the offender is released.**' |
| | As part of the re-entry process, the undersigned met with the offender on December 18, 2008 at the Toler House to discuss her release plans. The offender acknowledged she would be released on December 23, 2008, and would report to the probation office on December 24, 2008. The offender failed to report on December 24, 2008, and did not respond to multiple phone messages, emails and text messages sent by the undersigned to the offender from December 24, 2008 through January 1, 2009. On January 2, 2009, the offender finally contacted the undersigned and reported on January 5, 2009. |
| 2 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $10,000; to be paid in installments of $200 per month. Credit will be awarded for payments previously submitted on supervised release.**' |
| | At the violation hearing on October 16, 2008, the offender indicated she would be making a $7,000 payment immediately to cover the remaining portion of her fine obligation. The check submitted by the offender was drawn on an account with insufficient funds and was returned to her. She was notified of this error and has failed to rectify the matter. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 1/23/09

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-27-09
Date