# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLENE FFRIEND,

        Defendant.

Criminal No.: 06-859-JLL-01

ORDER

**IT IS ON THIS 27th DAY OF FEBRUARY, 2009;**

**ORDERED** that defendant, Charlene Ffriend is hereby given an extension of time on her surrender date, currently scheduled for March 1, 2009. Defendant, Charlene Ffriend must surrender to the facility designated by the Bureau of Prisons no later than Monday, March 16, 2009 at or before 12:00 p.m.; and it is further

**ORDERED** that all other conditions of release remain in full force and effect; and it is further

**ORDERED** that a copy of this Order be served upon all parties within five (5) days of the date hereof.

                    /s/ Jose L. Linares
                  Jose L. Linares,
                  United States District Judge